UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

EUGENIO RUSSI, : 26-cv-4287 (SHS)

Plaintiff, :

v. : ORDER

AMTRAK, also known as National Railroad Passenger Corporation, :

:

Defendant.

-------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

The initial pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. For the reasons set forth on the record, defendant's motion to dismiss or in the alternative to stay the action [Doc. No. 10] is denied;

2. The parties shall submit an agreed-upon proposed schedule on or before August 6, 2026; and

3. The last day for expert discovery shall be nine months from July 23, 2026.

Dated: New York, New York
July 23, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.