UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| EUGENIO RUSSI,, | : | 26-cv-4287 (SHS) |
| Plaintiff, | : | ORDER |
| -against- | : | |
| AMTRAK, et al., | | |
| Defendants. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The parties shall submit a proposed scheduling order on or before November 13, 2026;

2. There will be a mid-discovery status conference on February 12, 2027, at 2:30 p.m. in Courtroom 23A; and

3. The last day for completion of all discovery is extended to June 18, 2027. No further extensions of the discovery deadline will be granted.

Dated: New York, New York
November 4, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.